EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de la Presidenta del Comité para la Revisión del Manual de Instrucciones al Jurado | 2004 TSPR 89

161 DPR ____ |

Número del Caso: EN-2004-5

Fecha: 8 de junio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Designación de la Presidenta
Del Comité para la Revisión del
Manual de Instrucciones al          EN-2004-5
Jurado


RESOLUCIÓN


San Juan, Puerto Rico, a 8 de junio de 2004


Se designa como Presidenta del Comité para la Revisión del Manual de Instrucciones al Jurado a la Lcda. Ygrí Rivera de Martínez, Ex Jueza del Tribunal de Circuito de Apelaciones.

Esta designación entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo